DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHARLENE BARKER,**
Appellant,

v.

**COMPOUNDING DOCS, INC.,**
Appellee.

No. 4D16-3662

[February 14, 2019]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. 15-003589.

Kenneth S. Mair of Law Offices of Kenneth Mair, Fort Lauderdale, for appellant.

Elaine D. Walter and Joseph M. Winsby of Gaebe, Mullen, Antonelli & DiMatteo, Coral Gables, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, CONNER and FORST, JJ., concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***